UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY BLACKMAN,<br><br>        Plaintiff,<br><br>    v.<br><br>M. VOONG, et al.,<br><br>        Defendants. | No. 2:18-cv-00216-TLN-AC P<br><br><br><br>ORDER |

      Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

      On February 5, 2018, the magistrate judge filed findings and recommendations herein, which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 4.) In the findings and recommendations, the magistrate judge recommended that Plaintiff be ordered to pay the entire $400.00 in required fees because he had accrued at least three strikes under 28 U.S.C. § 1915(g) and the complaint did not allege facts that demonstrated he was in imminent danger of serious physical injury. (ECF No. 4.) Plaintiff has not filed objections to the findings and recommendations and has instead filed a first amended complaint. (ECF No. 6.) However, the first amended complaint also fails to demonstrate that Plaintiff is in imminent danger of

1

serious physical injury.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed February 5, 2018 (ECF No. 4), are adopted in full; and

2. Plaintiff shall pay the entire $400.00 in required fees within thirty days of the filing of this Order or face dismissal of the case.

Dated: March 16, 2018

Troy L. Nunley
United States District Judge